%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MAX SOUND CORPORATION
    Plaintiff (s),
V.
GOOGLE, INC., et al.
    Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 5:14-CV-04412-EJD

Notice is hereby given that, subject to approval by the court, __VEDANTI SYSTEMS LIMITED__ substitutes
(Party (s) Name)

__MATTHEW A. RIPS__, State Bar No. __175636__ as counsel of record in
(Name of New Attorney)

place of __ANDRE BONIADI AND DAVID PRISYON BEITCHMAN, BEITCHMAN & ZEKIAN, PC__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: RUSS, AUGUST & KABAT
    Address: 12424 WILSHIRE BLVD., 12TH FL, LOS ANGELES, CA 90025
    Telephone: (310) 826-7474    Facsimile (310) 826-6991
    E-Mail (Optional): mrips@raklaw.com

I consent to the above substitution.
Date: 4/15/15
    CONSTANCE NASH
    (Signature of Party (s))

I consent to being substituted.
Date: 4/15/2015
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/14/15
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/30/2015
    Edward J. Davila
    United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]