HEIDI L. KEEFE (State Bar No. 178960)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
E-Mail: hkeefe@cooley.com

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
E-Mail: sshanberg@wsgr.com
jschmidt@wsgr.com
mguo@wsgr.com

Attorneys for Defendants
GOOGLE INC.; YOUTUBE, LLC; and
ON2 TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., YOUTUBE, LLC, ON2 TECHNOLOGIES, INC., and VEDANTI SYSTEMS LIMITED,<br><br>Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Heidi L. Keefe of the law offices of Cooley LLP, as counsel of record for and on behalf of Defendants Google Inc.; YouTube, LLC; and On2 Technologies, Inc. in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not

otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

>Heidi L. Keefe
>COOLEY LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, California  94306-2155
>Telephone:   (650) 843-5000
>Facsimile:    (650) 849-7400
>E-Mail:       hkeefe@cooley.com

Dated:  August 28, 2015                              COOLEY LLP

By: _____/s/ *Heidi L. Keefe*_____
              Heidi L. Keefe

Attorneys for Defendants Google Inc.; YouTube, LLC; and On2 Technologies, Inc.