HEIDI L. KEEFE (State Bar No. 178960)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
E-Mail: hkeefe@cooley.com

STEFANI E. SHANBERG (State Bar No. 206717)
JENNIFER J. SCHMIDT (State Bar No. 295579)
MICHAEL J. GUO (State Bar No. 284917)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
E-Mail: sshanberg@wsgr.com
         jschmidt@wsgr.com
         mguo@wsgr.com

Attorneys for Defendants
GOOGLE INC.; YOUTUBE, LLC; and
ON2 TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>GOOGLE INC., YOUTUBE, LLC, ON2 TECHNOLOGIES, INC., and VEDANTI SYSTEMS LIMITED,<br><br>              Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**DECLARATION OF MICHAEL J. GUO IN SUPPORT OF DEFENDANTS GOOGLE INC., YOUTUBE, LLC, AND ON2 TECHNOLOGIES, INC.'S MOTION TO SET HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) OR, IN THE ALTERNATIVE, TO STAY FOR SEPTEMBER 17, 2015, OR AS SOON AS POSSIBLE** |

I, Michael J. Guo, hereby declare that:

1. I am over the age of eighteen and have personal knowledge about the facts described below.

2. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel for Defendants Google Inc.; YouTube, LLC; and On2 Technologies, Inc. (collectively, "Defendants"). I submit this declaration in support of Defendants' Administrative Motion to Set Hearing on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the Alternative, to Stay for September 17, 2015, or as Soon as Possible.

3. On August 28, 2015, Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the Alternative, to Stay ("Motion to Dismiss"). Dkt. No. 100.

4. Pursuant to paragraph III.A.1 of Judge Davila's Standing Order for Civil Cases, on August 21, 2015, I contacted the Court to reserve a hearing date for the Motion to Dismiss. The Court informed me that the first available hearing date was December 10, 2015.

5. Setting the hearing on Defendants' Motion to Dismiss on the same date as the Interim Case Management Conference on September 17, 2015, would preserve judicial and party resources. Counsel for Plaintiff Max Sound Corporation ("Plaintiff") and Defendants will already be present. Further, a September 17, 2015, hearing date would not affect Plaintiff's time to file its response, as Defendants are willing to shorten the time for their reply brief to September 15, also allowing the Court time to review the same in advance of the hearing.

6. On August 28, 2015, Defendants contacted Plaintiff about the September 17, 2015, hearing date. Plaintiff declined Defendants' request.

7. The previous time modifications in this case are as follows: Stipulation and Order Modifying Briefing Schedule on Defendants' Motion to Dismiss extending time for Plaintiff to respond (Dkt. No. 22); Stipulation and Order Modifying Briefing Schedule on Defendants' Motion to Dismiss for Plaintiff to respond and Defendants to reply (Dkt. No. 34); Order re: Defendant Vedanti Systems Limited's Notice of Motion and Motion to Extend Time to File a Responsive Pleading to Plaintiff's First Amended Complaint (Dkt. No. 35); Stipulation and Order

to Extend Time for Vedanti Systems Limited to Respond to Amended Complaint (Dkt. No. 46); Amended Stipulation and Order to Extend Time for Vedanti Systems Limited to Respond to Amended Complaint (Dkt. No. 48); Second Amended Stipulation and Order to Extend Time for Vedanti Systems Limited to Respond to Amended Complaint (Dkt. No. 51); and Amended Stipulation and Order to Extend Time for Infringement Contentions and Invalidity Contentions providing Plaintiff with extra time to file infringement contentions (Dkt. No. 88).

8. The requested hearing date will not otherwise affect the scheduling in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2015, at San Francisco, California.

/s/ *Michael J. Guo*
Michael J. Guo