UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 102 |

Having reviewed Defendants' unopposed administrative motion to shorten time (Docket Item No. 102), the court orders as follows:

1. The hearing on Defendants' Motion to Dismiss or Stay (Docket Item No. 100) is ADVANCED from December 10, 2015, to **9:00 a.m. on November 5, 2015.**

2. All deadlines contained in the Case Management Order filed on May 14, 2015 (Docket Item No. 79) are STAYED pending further order of the court. The Interim Case Management Conference scheduled for September 17, 2015, is VACATED.

3. In light of these orders, the administrative motion to shorten time is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 3, 2015

　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No.: 5:14-cv-04412-EJD
ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME