UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE, INC., et al.,<br><br>　　　　Defendants. | Case No.  5:14-cv-04412-EJD<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 157 |

　　　　Presently before the court is an administrative motion pursuant to Civil Local Rule 3-12 to consider whether the above-entitled action is related to another action pending in this district, namely Vedanti Systems Limited v. Max Sound Corporation, Case No. 5:16-cv-02179-PSG.

　　　　The court has reviewed the motion and determined that the cases are not related and that no reassignments shall occur.

　　　　**IT IS SO ORDERED.**

Dated:  May 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:14-cv-04412-EJD
ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED