UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC., et al.,<br><br>    Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**ORDER RE: DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 153 |

As to Defendants' Motion for Attorneys' Fees (Dkt. No. 153), the court orders as follows:

1. Pursuant to Civil Local Rule 54-5, Defendants shall lodge with the court on or before August 24, 2016, a copy of all time records supporting any request for attorney's fees and costs by delivering such copy to the undersigned's Courtroom Deputy.

2. The court finds the Motion for Attorneys' Fees suitable for decision without oral argument pursuant Civil Local Rule 7-1(b). Accordingly, the hearing scheduled for August 25, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated: August 19, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-04412-EJD
ORDER RE: DEFENDANTS' MOTION FOR ATTORNEYS' FEES