FRANKFURT KURNIT KLEIN & SELZ, P.C.
Jeremy S. Goldman
2029 Century Park East, Ste. 1060
Los Angeles, CA 90067
Telephone:   (310) 579-9600
Facsimile:   (310) 579-9650
JGoldman@fkks.com

Attorneys for Non-Party
GRANT & EISENHOFER, P.A.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE INC., YOUTUBE, LLC, ON2 TECHNOLOGIES, INC., and VEDANTI SYSTEMS LIMITED,<br><br>　　　　Defendants. | CASE NO. 5:14-cv-04412-EJD<br><br>**NOTICE OF ATTORNEY'S CHARGING LIEN** |

1  PLEASE TAKE NOTICE that Grant & Eisenhofer P.A. (the "Firm"), counsel to Plaintiff Max
2  Sound Corporation ("Plaintiff"), from July 3, 2014 until November 18, 2016, by and through its
3  attorneys Frankfurt Kurnit Klein & Selz, P.C., 2029 Century Park East, Ste. 1060, Los Angeles, CA
4  90067, hereby places all parties on notice of its charging lien on any recovery in this action for the
5  payment of attorneys' fees and the reimbursement of costs and disbursements, pursuant to Plaintiff's
6  retention agreement with the Firm dated July 3, 2014 (the "Agreement").  The Firm will provide a copy
7  of the Agreement to the Court at the appropriate stage of this matter or at such time as the Court shall
8  direct.

10  DATED:  February 17, 2017                                 FRANKFURT KURNIT KLEIN & SELZ, P.C.

12                                                            By: /s/ Jeremy S. Goldman
                                                                  Jeremy S. Goldman

14                                                            Attorneys for Non-Party GRANT &
                                                              EISENHOFER, P.A.