HEIDI L. KEEFE State Bar No. 178960
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: hkeefe@cooley.com

DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsg.rcom

Attorneys for Defendants
GOOGLE INC., YOUTUBE, LLC and
ON2 TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION and VEDANTI SYSTEMS LIMITED,<br><br>      Plaintiffs,<br><br>   v.<br><br>GOOGLE INC., YOUTUBE, LLC and ON2 TECHNOLOGIES, INC.,<br><br>      Defendants. | CASE NO.: 5:14-cv-04412-EJD<br><br>DEFENDANTS' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |

1    Pursuant to L.R. 5-1(c)(2), Defendants Google Inc., YouTube, LLC and On2
2 Technologies, Inc. ("Defendants") provide notice that Stefani E. Shanberg, Jennifer J. Schmidt,
3 Robin L. Brewer, and Michael J. Guo, who have appeared as counsel of record for Defendants in
4 this matter, have ceased to be involved as counsel in this action.  Defendants respectfully request
5 that the ECF Notifications for this action be updated accordingly to remove Ms. Shanberg, Ms.
6 Schmidt, Ms. Brewer, and Mr. Guo.
7    David H. Kramer of Wilson Sonsini Goodrich & Rosati hereby appears as counsel of
8 record for Defendants.  Copies of all pleadings, papers, correspondence, and electronic filing
9 notices should be directed to:

10    David H. Kramer, State Bar No. 168452
     dkramer@wsgr.com
11   WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
12   650 Page Mill Road
     Palo Alto, CA 94304-1050
13   Telephone:  (650) 493-9300
14   Facsimile:   (650) 565-5100

15 Heidi L. Keefe of Cooley LLP also continues to represent Defendants.

16

17 Dated:  May 17, 2017                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
18
19
                                           By:    *David H. Kramer*
20                                                David H. Kramer
                                                  dkramer@wsgr.com
21
                                           Attorneys for Defendants
22                                         Google Inc., YouTube, LLC and
                                           On2 Technologies, Inc.
23
24
25
26
27
28