UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAX SOUND CORPORATION, et al.,

Plaintiffs,

v.

GOOGLE, INC., et al.,

Defendants.

Case No. 14-cv-04412-EJD

**ORDER REGARDING REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Re: Dkt. No. 192

The Court's Order Granting in Part and Denying in Part Defendants' Motion for Attorneys' Fees has been filed under seal because it contains information that the Court previously allowed to be filed under seal. The parties are ordered to meet and confer by no later than October 3, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on October 3, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: September 25, 2017

EDWARD J. DAVILA
United States District Judge