ERIC W. BUETHER (*pro hac vice* admitted)
Eric.Buether@BJCIPlaw.com
CHRISTOPHER M. JOE (*pro hac vice* admitted)
Chris.Joe@BJCIPlaw.com
BRIAN A. CARPENTER (State Bar #262349)
Brian.Carpenter@BJCIPlaw.com
BUETHER JOE & CARPENTER, LLC
1700 Pacific, Suite 4750, Dallas, TX 75201
Tel:  (214) 466-1270

**ATTORNEYS FOR PLAINTIFF MAX SOUND CORPORATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC., YOUTUBE, LLC, ON2 TECHNOLOGIES, INC., and VEDANTI SYSTEMS LIMITED,<br><br>Defendants. | Case No. 5:14-cv-04412-EJD<br><br>Honorable Edward J. Davila<br><br>**PLAINTIFF MAX SOUND CORPORATION'S NOTICE OF APPEAL** |

Plaintiff Max Sound Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order granting Defendants' motion for attorneys' fees by the District Court in this case on September 25, 2017, Dkt. No. 192.

/
/
/
/
/
/
/
/
/
/

| | |
|---|---|
| Dated: October 3, 2017 | **BUETHER JOE & CARPENTER, LLC**<br><br>*/s/ Eric W. Buether*<br>Eric W. Buether<br>Christopher M. Joe<br>Brian A. Carpenter<br>**BUETHER JOE & CARPENTER, LLC**<br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas  75201<br>Telephone:     (214) 466-1271<br><br>*Attorneys for Plaintiff*<br>*Max Sound Corporation* |