| | |
|---|---|
| HEIDI L. KEEFE (SBN 178960)<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California  94306-2155<br>Telephone:  (650) 843-5000<br>Facsimile:   (650) 849-7400<br>E-Mail:      hkeefe@cooley.com<br><br>DAVID H. KRAMER (SBN 168452)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:   (650) 565-5100<br>E-Mail:      dkramer@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC; YOUTUBE, LLC; and<br>ON2 TECHNOLOGIES, INC. | ERIC W. BUETHER (*pro hac vice*)<br>CHRISTOPHER M. JOE (*pro hac vice*)<br>BRIAN A. CARPENTER (SBN 262349)<br>BUETHER JOE & CARPENTER, LLC<br>1700 Pacific, Suite 4750<br>Dallas, Texas 75201<br>Telephone:  (214) 466-1272<br>E-mail:   Eric.Buether@BJCIPlaw.com<br>          Chris.Joe@BJCIPlaw.com<br>          Brian.Carpenter@BJCIPlaw.com<br><br>Attorneys for Plaintiff<br>MAX SOUND CORPORATION |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>GOOGLE INC., YOUTUBE, LLC, and ON2 TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC** |

Pursuant to Civil Local Rule 7-12, Defendants Google Inc., now known as Google LLC, YouTube, LLC; and ON2 Technologies, Inc. and Plaintiff Max Sound Corporation (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

///

///

WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017;

WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of State, effective on September 30, 2017;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that: Google Inc. shall now be known as Google LLC in this action and the caption of the case shall be:

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, YOUTUBE, LLC, and ON2 TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | Case No. 5:14-cv-04412-EJD |

Dated: October 5, 2017

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:　*/s/ David H. Kramer*
　　　　David H. Kramer

*Attorneys for Defendants Google LLC; YouTube, LLC; and On2 Technologies, Inc.*

Dated: October 5, 2017

BUETHER JOE & CARPENTER, LLC

By:　*/s/ Eric W. Buether*
　　　　Eric W. Buether
　　　　Christopher M. Joe
　　　　Brian A. Carpenter

*Attorneys for Plaintiff Max Sound Corporation*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

| | |
|---|---|
| MAX SOUND CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE, LLC, and ON2 TECHNOLOGIES, INC.,<br><br>            Defendants. | Case No. 5:14-cv-04412-EJD |

Dated:  __10/10/2017__          By: _____
                                                The Honorable Edward J. Davila
                                                United States District Court Judge

## CERTIFICATION

I, DAVID H. KRAMER, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC.**  In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories.

Dated:  October 5, 2017    */s/ David H. Kramer*
David H. Kramer