UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAX SOUND CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 5:14-cv-04412-EJD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME**<br><br>Re: Dkt. No. 208 |

Having considered Defendants' Motion for an Order Shortening Time for Hearing on Motion to Permit Registration of Judgment Pursuant to 28 U.S.C. § 1963 (Dkt. No. 208) and Plaintiff's Response thereto (Dkt. No. 209), Defendants' motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 30, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-04412-EJD
ORDER DENYING ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME
1