EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>Bernard S. Greenfield (SBN 66017)<br>Justin S. Draa (SBN 253688)<br>Greenfield Southwick LLP<br>55 South Market Street, Suite 1500<br>San Jose, California 95113<br>TEL NO.: (408) 995-5600  FAX NO. *(optional):* (408) 995-0308<br>E-MAIL ADDRESS *(Optional):* jdraa@greenfieldlaw.com<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 280 South First Street, Room 2112<br>MAILING ADDRESS: San Jose, California 95113<br>CITY AND ZIP CODE: San Jose 95113<br>BRANCH NAME: San Jose Division | FOR RECORDER'S USE ONLY |
| PLAINTIFF: Max Sound Corporation, et al.<br>DEFENDANT: Google LLC, et al. | CASE NUMBER:<br>5:14-cv-04412-EJD |
| ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS    [ ] Amended | FOR COURT USE ONLY |

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ```
      Max Sound Corporation
      8837 Villa La Jolla Drive, Unit 12109
      La Jolla, California 92039
      ```

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Google LLC (formerly Google Inc.)
   (address on page 2, no. 13)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 13, 2019

Justin S. Draa
(TYPE OR PRINT NAME)

▶ *(signed)* (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 820,321.41
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* September 25, 2017 *
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

* amended to add additional debtors on February 7, 2019

This abstract issued on *(date):*
2/14/2019

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by *Cindy Hernandez*, Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

LexisNexis® Automated California Judicial Council Forms

| PLAINTIFF: | Max Sound Corporation, et al. | COURT CASE NO.: |
|---|---|---|
| DEFENDANT: | Google LLC, et al. | 5:14-cv-04412-EJD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

    Google LLC (formerly Google Inc.)
    c/o Greenfield Southwick LLP
    55 South Market Street, Suite 1500
    San Jose, California 95113

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Harold John Blaisure
    1244 White Sands Drive
    San Marcos, California 92078

Driver's license no. [last 4 digits] and state: [X] Unknown
Social security no. [last 4 digits]: [X] Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

    Gregory J. Halpern
    7556 Montien Road
    San Diego, California 92127

Driver's license no. [last 4 digits] and state: [X] Unknown
Social security no. [last 4 digits]: [X] Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.