# United States Court of Appeals for the Federal Circuit

---

**MAX SOUND CORPORATION,**
*Plaintiff - Appellant*

**VEDANTI SYSTEMS LIMITED,**
*Plaintiff*

v.

**GOOGLE LLC, YOUTUBE, LLC, ON2 TECHNOLOGIES, INC.,**
*Defendants - Appellees*

**GRANT & EISENHOFER, P.A.,**
*Defendant*

---

2018-1039

---

Appeal from the United States District Court for the Northern District of California in No. 5:14-cv-04412-EJD, Judge Edward J. Davila.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 12, 2019, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellees in the amount of $170.00 and taxed against the appellant Max Sound Corporation.

FOR THE COURT

May 23, 2019                    /s/ Peter R. Marksteiner
                               Peter R. Marksteiner
                               Clerk of Court